## DUMAS vs. HUNTER.

[MOTION TO DISMISS APPEAL.]

1. *Appeal bond insufficient, which misdescribes judgment.*—If the appeal bond misdescribes the judgment, as where the judgment is against the appellant and another, and the bond describes a judgment against the appellant only, the appeal will be dismissed on motion.

APPEAL from the Circuit Court of Fayette.
Tried before the Hon. E. W. PETTUS.

MOTION to dismiss the appeal, on account of the insufficiency of the appeal bond.

E. W. PECK, for the motion.
J. M. VAN HOOSE, *contra.*

RICE, C. J.—The judgment of the court below was in favor of the appellee, and against the appellant *and James M. Cochran*. The appeal bond *misdescribes* this judgment, and describes a judgment against the appellant only. If that bond does not support the appeal, there is nothing else to sustain it. That bond does not support the appeal, because the *misdescription* of the judgment is fatal.—Satterwhite v. The State, at the present term, and the authorities therein cited.

The appeal is dismissed, at the costs of the appellant.